UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13

JOHN FURGAT                                               CASE NO. 13-81648

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Beal Bank USA                    **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 9046

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $17018.20 |
| Amount Paid by Trustee | $17018.20 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☒   Thru the Chapter 13 Plan     ☐   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/12/2016                     /s/Lydia S. Meyer_____
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of September, 2016.

Dated:  9/12/2016                     /s/Cynthia K. Burnard_____

BEAL BANK USA  /fka  BEAL BANK NEVADA
1 CORPORATE DRIVE  SUITE 360
LAKE ZURICH, IL 60047

MGC MORTGAGE, INC.
1 CORPORATE DR., SUITE 360
LAKE ZURICH, IL  60047

BEAL BANK fka BEAL BANK NEVADA
% ATTORNEY ANDREW J NELSON
PIERCE & ASSOCIATES PC
1 NORTH DEARBORN  SUITE 1300
CHICAGO, IL 60602-4373

JOHN FURGAT
123 E. THIRD STREET
BYRON, IL  61010

ATTORNEY DONALD SULLIVAN
416 E. STATE ST.
ROCKFORD, IL  61104